UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOYDA REXACH-GALARZA,
                             Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
-----------------------------------------------------------X

20 CIVIL 361 (VEC)(RWL)

JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 14, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         January 15, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

BY:
                                              **Deputy Clerk**